nFri Jan 26 15:24:30 2007

UNITED STATES DISTRICT COURT

DENVER              , CO

Receipt No.    100 273976
Cashier           stacie

Check Number:  553751

DO Code     Div No
 4613         1

| Sub Acct | Type | Tender | Amount |
|----------|------|--------|--------|
| 1:510000 | N | 2 | 190.00 |
| 2:086900 | N | 2 | 60.00 |
| 3:086400 | N | 2 | 100.00 |

Total Amount          $    350.00

FROM DAVIS GRAHAM & STUBBS

07-CV-00197, NEW COMPLAINT, SG