**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00197-EWN-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: June 7, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| SHIRE LLC, | Thomas Clay Bell |
| | Edgar Haug, via telephone |
| **Plaintiff,** | Sandra Kuzmich, via telephone |
| v. | |
| SANDOZ, INC., | Keith Parr, via telephone |
| | Leslie A. Eaton |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:     9:30 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Shire LLC's Motion to Strike Sandoz, Inc.'s Sham Litigation and Patent Misuse Affirmative Defenses Pursuant to Fed. R. Civ. P. 12(f) [filed April 18, 2007; doc. 18].

**ORDERED:   Shire LLC's Motion to Strike Sandoz, Inc.'s Sham Litigation and Patent Misuse Affirmative Defenses Pursuant to Fed. R. Civ. P. 12(f) [filed April 18, 2007; doc. 18] is denied without prejudice for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess:     9:49 a.m.**
Total In-Court Time:     00:19