IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00197–EWN–CBS

SHIRE LLC,

    Plaintiff,

v.

SANDOZ, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Joint Motion to Modify Scheduling Order Expert Disclosure Deadlines (*doc. no. 48)* is **GRANTED**. The scheduling order is modified as follows:

1. Rule 26(a)(2) AFFIRMATIVE expert disclosures due on or before **September 21, 2007**; and
2. Rule 26(a)(2) REBUTTAL expert disclosures due on or before **October 12, 2007**.

**DATED:**	August 22, 2007