IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00197–EWN–CBS

SHIRE LLC,

      Plaintiff,

v.

SANDOZ, INC.,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Agreed Motion to Modify the Protective Order (*doc. no. 53*) is **GRANTED**.  The Stipulated Protective Order (*doc. no. 35*) entered on May 14, 2007 is modified to replace Shashank Upadhye with Stephen R. Auten.

**DATED:**     October 22, 2007