**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00197-EWN-CBS

SHIRE LLC,

    Plaintiff,

v.

SANDOZ, INC.,

    Defendant.

**SUPPLEMENT TO PRELIMINARY PRETRIAL ORDER**

Plaintiff Shire LLC ("Shire") and Defendant Sandoz, Inc. ("Sandoz") submit this Joint Supplement to the Preliminary Pretrial Order setting forth the schedule of depositions that remain to be taken in this action, in compliance with the November 1, 2007 Courtroom Minutes/Minute Order (Doc. No. 58). The schedule for those depositions is presented in tabular form below.

**A.    Plaintiff to take the following remaining depositions:**

| *Deponent (Sandoz Witness)* | *Deposition Date* | *Expected Deposition Length* |
|---|---|---|
| Jeffrey Bauer | 11/19/07 | 5-7 hours |
| Siyawosh Moghaddam; Sandoz's Rule 30(b)(6) Designee | 11/09/07 | 5-7 hours |
| Jianzhuo Wang | 11/20/07 | 5-7 hours |
| Robert Shumaker | 12/03/07 | 5-7 hours |
| Reza Fassihi | Please see Sec. C | 14 hours |

**B.     Defendant to take the following remaining depositions:**

| *Deponent (Shire Witness)* | *Deposition Date* | *Expected Deposition Length* |
|---|---|---|
| Richard Couch; Shire's Rule 30(b)(6) Designee | 12/14/07 | 5-7 hours |
| Kimberly Fiske | 12/04/07 | 5-7 hours |
| Beth Burnside | 11/30/07 | 5-7 hours |
| Christopher Rhodes | 12/07/07 | 7 hours |
| Ronald Sawchuk | 12/11-12/07 | 10 hours |
| Umesh Banakar | Please see Sec. C | 7 hours |

**C.     Additional Issues**

An open scheduling item still exists for two witnesses. Specifically, the parties have not been able to select mutually acceptable dates for Umesh Banakar, a Shire expert, and Reza Fassihi, a Sandoz expert, prior to December 14, 2007 (the close of discovery). The parties are amenable to conducting those two depositions the following week, i.e., the week of December 17, 2007. The parties explain the scheduling conflicts below and seek the Court's authorization to schedule those depositions that week.

*Umesh Banakar:* Dr. Banakar is presently scheduled to be an expert witness in a trial from December 5-15, 2007. The action is captioned *Alza Corp. v. Andrx Pharmaceuticals, LLC*, Civ. Act. No. 05-642-JJF, and is pending in the United States District Court for the District of Delaware. Dr. Banakar also has preexisting commitments that involve travel. Within the remaining time in the discovery period, Dr. Banakar's sole availability for deposition is November 21, 2007. Shire offered that date, but Sandoz is currently unavailable at that time.

*Reza Fassihi:* Similarly, Dr. Fassihi is presently scheduled to be an expert witness in a

trial from December 5-15, 2007. The action is captioned *Alza Corp. v. Andrx Pharmaceuticals, LLC*, Civ. Act. No. 05-642-JJF, and is pending in the United States District Court for the District of Delaware. Dr. Fassihi also has preexisting commitments. Within the remaining time in the discovery period, Dr. Fassihi's sole availability for deposition is two days between November 28-30, 2007.[1] Sandoz offered that period, but Shire is currently unavailable at that time.

Accordingly, the parties respectfully request that the Court allow the parties to schedule and conduct the depositions of Dr. Banakar and Dr. Fassihi during the week of December 17, 2007.

DATED at Denver, Colorado, this 21st day of November, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

---

[1] Dr. Fassihi is Sandoz's expert on both infringement and validity, and as such has been offered for fourteen hours of deposition over two days.

Dated: November 9, 2007

Respectfully submitted,

| | |
|---|---|
| /s Thomas C. Bell | /s Leslie A. Eaton |
| Edgar H. Haug | Keith D. Parr |
| Steven M. Amundson | Scott B. Feder |
| Porter F. Fleming | Kevin M. Nelson |
| Sandra Kuzmich | James T. Peterka |
| Frommer Lawrence & Haug LLP | Locke Lord Bissell & Liddell LLP |
| 745 Fifth Avenue | 111 South Wacker Drive |
| New York, New York 10151 | Chicago, Illinois 60606 |
| Tel: (212) 588-0800 | Tel: (312) 443-0700 |
| | |
| Thomas C. Bell | Leslie A. Eaton |
| Ryan Lessmann | Ballard Spahr Andrews & Ingersoll LLP |
| 1550 Seventeenth St., Ste. 500 | 1225 17th Street, Suite 2300 |
| Denver, Colorado 80202 | Denver, Colorado 80202-5596 |
| Telephone: (303) 892-9400 | Telephone: (303) 299-7302 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Shire LLC | Sandoz, Inc. |