IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00197–EWN–CBS

SHIRE LLC,

    Plaintiff,

v.

SANDOZ, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Motion for an Order Allowing the Use at Trial of Deposition Transcripts form Previous Amphetamine Cases or, In the Alternative, for Extension of the Discovery Period (*doc. no. 63*) is **DENIED**, without prejudice. Counsel are reminded that this court will not permit counsel to file a disputed discovery motion unless and until counsel complies fully with both Local Rule 7.1 A and this court's practice standards regarding discovery disputes, as explained during the Rule 16(b) scheduling conference on April 30, 2007.

    Parties are further advised that the court has availability on December 12, 2007 at 8:30 a.m. to hold a telephonic discovery conference call with counsel. Counsel should contact Chambers (303.844.2117) to make arrangements for the December 12, 2007 date or to select an alternate date/time.

**DATED:**    December 7, 2007