## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00197-EWN-CBS

SHIRE LLC,

                Plaintiff,

v.

SANDOZ, INC.,

                Defendant.

---

### AFFIDAVIT OF KEVIN M. NELSON IN SUPPORT OF SANDOZ, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT

---

I, Kevin M. Nelson, being first sworn, state as follows:

1.      I am one of the attorneys representing Sandoz, Inc. ("Sandoz") in the above-captioned litigation against Shire LLC ("Shire").

2.      I am an attorney in the firm of Locke, Lord, Bissell, & Liddell LLP.

3.      I have been licensed to practice law in the State of Illinois since 2001, and the United States District Court for the District of Colorado since 2007.

4.      Attached hereto as Exhibit A-34 is a true and correct copy of excerpts of the transcript of the 11/30/2007 Deposition of Beth A. Burnside.

5.      Attached hereto as Exhibit A-35 is a true and correct copy of excerpts of the transcript of the 12/14/2007 Individual and 30(b)(6) Deposition of Richard A. Couch.

6.      Attached hereto as Exhibit A-36 is a true and correct copy of the *Guidelines for Formulation Development and Process Technology for Sustained-Release Coatings* at 1,

available on the manufacturer, Degussa's website at http://www.pharma-polymers.com/pharmapolymers/en/downloads/.

7.    Attached hereto as Exhibit A-37 is a true and correct copy of excerpts of Sandoz's ANDA NO. 78-947.

8.    Attached hereto as Exhibit A-38 is a true and correct copy of Plaintiff's Exhibit 10, Sandoz's Paragraph IV Notice Letter dated 11/29/2006 to Shire.

9.    Attached hereto as Exhibit A-39 is a true and correct copy of Plaintiff's Exhibit 11, Sandoz's Paragraph IV Notice Letter dated 3/27/2007 to Shire.

10.    Attached hereto as Exhibit A-40 is a true and correct copy of Shire's August 14, 2006 Press Release, "Shire and Barr Settle All Pending Litigation Concerning ADDERALL® XR and enter into Development and License Agreement" from Shire's website accessible at http://www.shire.com/shire/NewsAndMedia/PressReleases/shireNews.jsp?year=2006&tn=3&m1=8&m2=.

11.    Attached hereto as Exhibit A-41 is a true and correct copy of Shire's January 19, 2006 Press Release, "Shire and Impax Settle All Pending Litigation Concerning ADDERALL® XR" from Shire's website accessible at http://www.shire.com/shire/NewsAndMedia/PressReleases/shireNews.jsp?year=2006&tn=3&m1=8&m2=.

12.    Attached hereto as Exhibit A-42 is a true and correct copy of page 380 of WEBSTER'S NEW COLLEGIATE DICTIONARY (1975 ed.), which includes the definition of the word "enteric."

13.    Attached hereto as Exhibit A-43 is a true and correct copy of the *Guidelines for Formulation Development and Process Technology for Enteric Coatings* at 1, available on the

manufacturer, Degussa's website at http://www.pharma-polymers.com/pharmapolymers/en/downloads/.

14.    Attached hereto as Exhibit A-44 is a true and correct copy of the reissue application for U.S. Patent No. 6,322,819 (Application No. 11/091,011) produced by Shire, bearing Bates label numbers SLS 108987-89.

15.    Attached hereto as Exhibit A-45 is a true and correct copy of the United States Patent and Trademark Office's 6/22/2007 Office Action relating to the reissue application for U.S. Patent No. 6,322,819 (Application No. 11/091,011) produced by Shire, bearing Bates label numbers SLS113775-80.

16.    Attached hereto as Exhibit A-46 is a true and correct copy of the 1/15/2004 Information Disclosure Statement submitted to the United States Patent and Trademark Office by Shire during the prosecution of the U.S. Patent No. 6,605,300 patent, bearing Bates label numbers SLS000818-21.

17.    Attached hereto Exhibit A-47 is a true and correct copy of an excerpt from Plaintiff Shire LLC's Responses to Defendant's First Set of Interrogatories No. 3, served in connection with the above-captioned litigation.

18.    Attached hereto as Exhibit A-48 is a true and correct copy of excerpts from the transcript of the 12/7/2007 Deposition of Dr. Christopher T. Rhodes.

I hereby declare under penalty of perjury under 28 U.S.C. § 1746 and the laws of the

United States of America, that the foregoing is true and correct.

Executed on December 21, 2007.

Kevin M. Nelson

SUBSCRIBED and SWORN to me
this 21st day of December, 2007

Notary Public

```
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
♦   "OFFICIAL SEAL"      ♦
♦    KARON S. HOLTZ      ♦
♦ Notary Public, State of Illinois ♦
♦ My Commission Expires 04/08/10 ♦
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
```