# EXHIBIT A-34

Filed with Motion For Leave to File Under Seal