# EXHIBIT A-35

Filed with Motion For Leave to File Under Seal