

*creating essentials*

# Guidelines for Formulation Development and Process Technology for Sustained-Release Coatings

## 1. Introduction

For many drugs, oral dosage forms are required that provide sustained release of active ingredients independently of the pH of gastric fluids. These dosage forms can be formulated using EUDRAGIT® acrylic polymers.

## 2. Products

**EUDRAGIT® RL and EUDRAGIT® RS**
Methacrylic copolymers with trimethylammonioethyl methacrylate as functional group.

Advantages: customized release profile by combination of EUDRAGIT® RL and RS polymers in different ratios; suitable for matrix structures.

**EUDRAGIT® NE 30 D**
Neutral methacrylic polymer

Advantages: no plasticizer required, highly flexible, suitable for matrix structures. Release profile can be adjusted by varying the coating thicknesses.

The softness of all recommended polymer formulations is suitable to compress coated particles to multiparticulate tablets.

## 3. Drug Considerations and Release Mechanisms

All EUDRAGIT® polymers for sustained-release formulations release the drug by diffusion.

EUDRAGIT® RL and EUDRAGIT® RS are water-insoluble, swellable film formers based on neutral methacrylic acid esters with a small proportion of trimethylammonioethyl methacrylate chloride. With EUDRAGIT® RL, the molar ratio of the quaternary ammonium groups to the neutral ester groups is 1:20 (corresponding to about 50 meq./100 g), with EUDRAGIT® RS this ratio is 1:40 (corresponding to roughly 25 meq./100 g). Since quaternary ammonium groups determine the swellability and the permeability of the films in aqueous media, EUDRAGIT® RL, which contains more of these groups, forms more permeable films with little delaying action.

By contrast, and owing to the reduced content in quaternary ammonium groups, films of EUDRAGIT® RS swell less easily and are only slightly permeable to active ingredients. Given coherent film coatings and an adequate layer thickness, it is therefore possible to slow down drug diffusion very noticeably. EUDRAGIT® RS and RL polymers can be mixed in any ratio to produce films with intermediate permeability.

The EUDRAGIT® NE 30 D dispersion also forms water-insoluble films. This soft polymer is particularly suitable for granulation processes in the manufacture of matrix tablets and sustained-release coatings without any plasticizer addition.

### *4. Auxiliary Excipient Recommendations*

**Plasticizers**

In order to obtain films of adequate flexibility, 10 - 20% plasticizer on dry polymer substance has to be added to the organic solutions and 20% plasticizer on dry polymer substance to the dispersions of EUDRAGIT® RL and EUDRAGIT® RS. For EUDRAGIT® NE 30 D, no plasticizer is required.

**Glidants**

Glidants like talc, micronized amorphous silica and glycerol monostearate facilitate spray application to the cores. The amount of talc should be 50% based on dry polymer substance. For GMS 3-5% are recommended.
For EUDRAGIT® NE 30 D, the amount of talc should be 100% on dry plymer substance.

**Pigments**

Opaque white or colored coatings can be obtained by adding pigments such as titanium dioxide, food colors and iron oxide.

### *5. Processing Conditions*

The polymers can be used for coating the pellets or small particles to be filled into capsules, or they can be used for matrix structures produced by direct compression or wet granulation. The soft polymer EUDRAGIT® NE 30 D is particularly suitable for granulation processes in the manufacture of matrix tablets and sustained-release coatings without any plasticizer addition.

Film coatings on small particles or pellets for controlled release (sustained action or gastroresistance) of the active ingredients require a film thickness between 5 and 50 µm. The material consumption thus depends mainly on the particle size (specific surface area), the surface structure and the particle size distribution. The corresponding amounts are stated in parts by weight of the total particle quantity. A more exact calculation of the required film thickness is recommended in every case.

|  | Fluid bed particle coating | Pan coater |
|---|---|---|
| **Bed Temperatures aqueous dispersions** | RL/RS<br>25 - 35 °C<br><br>NE 30 D*<br>20 - 25 °C | RL/RS<br>30 - 35 °C<br><br>NE 30 D*<br>approx. 25 °C |
| **Product temperature organic solutions** | RL/RS<br>approx. 25 °C | RL/RS<br>approx. 30 °C |

**Processing parameters**

* Since the EUDRAGIT® NE polymer is so soft, the process temperature has to be well controlled and kept down to avoid sticking.

### *6. Test Methods*

**EUDRAGIT® RL/RS:**

Water or buffers. The film permeability and thus the drug release rate may vary with the kind and concentration of buffer media. The addition of 0.1 M NaCl balances this effect.

**EUDRAGIT® NE 30 D:**

Nonionic and pH independent drug release. Buffers or water.

### *7. Other Important Aspects*

The film coatings may show a tendency to sticking during storage, due to their softness. This can be avoided by the application of a thin HPMC top coat or the addition of 0.5% Aerosil® directly after coating.

This information and all further technical advice is based on our present knowledge and experience. However, it implies no liability or other legal responsibility on our part, including with regard to existing third party intellectual property rights, especially patent rights. In particular, no warranty, whether express or implied, or guarantee of product properties in the legal sense is intended or implied. We reserve the right to make any changes according to technological progress or further developments. The customer is not released from the obligation to conduct careful inspection and testing of incoming goods. Performance of the product described herein should be verified by testing, which should be carried out only by qualified experts in the sole responsibility of a customer. Reference to trade names used by other companies is neither a recommendation, nor does it imply that similar products could not be used.

Röhm GmbH & Co. KG is the owner of patent rights covering the use of EUDRAGIT® polymers in compositions, procedures and/or applications which may be subject to license agreements. Compositions, procedures and/or applications falling within the claims of patents related to EUDRACOL™, EUDRAPULSE™ and EUDRAMODE™ will always require separate license agreements.

® = registered trademark

EUDRAGIT = reg. trademark of Röhm GmbH & Co. KG, Pharma Polymers, Darmstadt, Germany