# EXHIBIT A-37

Filed with Motion For Leave to File Under Seal