# EXHIBIT A-38

Filed with Motion For Leave to File Under Seal