# EXHIBIT A-39

Filed with Motion For Leave to File Under Seal