# WEBSTER'S



# New
# Collegiate
# Dictionary

A Merriam-Webster ®

Copyright © 1975 by G. & C. Merriam Co.

Philippines Copyright 1975 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

  "Based on Webster's third new international dictionary."
  "A Merriam-Webster."
  Editions for 1898–1948 have title: Webster's collegiate dictionary;
1949–61 and 1973–     editions have title: Webster's new collegiate dictionary;
1963–72 editions have title: Webster's seventh new collegiate dictionary.
  1. English language—Dictionaries. I. Woolf, Henry Bosley, 1900–     ed.
PE1628.W4M4   1975   423      74-26704
ISBN 0-87779-328-x (plain)
        0-87779-329-8 (thumb-indexed)
        0-87779-330-1 (Buksyn)

Previous edition copyright © 1973, 1974 by G. & C. Merriam Co.

Previous edition Philippines Copyright 1973, 1974 by G. & C. Merriam Co.


COLLEGIATE is a registered trademark.


*All rights reserved. No part of this work covered by the copyrights hereon may
be reproduced or copied in any form or by any means—graphic, electronic, or
mechanical, including photocopying, recording, taping, or information and re-
trieval systems—without written permission of the publisher.*

Made in the United States of America

8

## ensemble acting ● entertainingly

musical ensemble (2) : a group of supporting players, singers, or dancers; *esp* : CORPS DE BALLET

**ensemble acting** *n* : a system of theatrical presentation in which balanced casting and careful integration of the whole performance replace the star system

**en·serf** \in-'sərf\ *vt* : to deprive of liberty and personal rights — **en·serf·ment** \-mənt\ *n*

**en·sheathe** \in-'shēth\ *vt* : to cover with or as if with a sheath

**en·shrine** \in-'shrin, *esp South* -'srīn\ *vt* **1** : to enclose in or as if in a shrine **2** : to preserve or cherish as sacred — **en·shrine·ment** \-mənt\ *n*

**en·shroud** \in-'shraúd, *esp South* -'sraúd\ *vt* : to cover or enclose with or as if with a shroud

**en·si·form** \'en(t)-sə-,fȯrm\ *adj* [F *ensiforme*, fr. L *ensis* sword + F *-forme* -form; akin to Skt *asi* sword] : having sharp edges and tapering to a slender point <~ leaves of the gladiolus>

**en·sign** \'en(t)-sən, *also* 'en-,sin *for 1, 2, & 3a*\ *n* [ME *ensigne*, fr. MF *enseigne*, fr. L *insignia* insignia, flags] **1** : a flag that is flown (as by a ship) as the symbol of nationality and that may also be flown with a distinctive badge added to its design (as by an organization having nautical associations) **2 a** : a badge of office, rank, or power **b** : EMBLEM, SIGN **3 a** *archaic* : STANDARD-BEARER **b** : a commissioned officer in the navy or coast guard ranking above a chief warrant officer and below a lieutenant junior grade

**en·si·lage** \'en(t)-s(ə-)lij, *for 1 also* in-'sī-lij\ *n* **1** : the process of preserving fodder by ensiling **2** : SILAGE

**en·sile** \en-'sī(ə)l, in-\ *vt* **en·siled; en·sil·ing** [F *ensiler*, fr. en- + *silo*, fr. Sp] : to prepare and store (fodder) for silage in a tight silo or pit

**en·sky** \in-'skī\ *vt* : to lift to or as if to the skies or heaven : EXALT

**en·slave** \in-'slāv\ *vt* : to reduce to or as if to slavery : SUBJUGATE — **en·slave·ment** \-mənt\ *n* — **en·slav·er** *n*

**en·snare** \in-'sna(ə)r, -'sne(ə)r\ *vt* : to take in or as if in a snare *syn* see CATCH

**en·snarl** \in-'snär(ə)l\ *vt* : to involve in a snarl

**en·soul** \in-'sōl\ *vt* : to endow or imbue with a soul

**en·sphere** \in-'sfi(ə)r\ *vt* : to enclose in or as if in a sphere

**en·sue** \in-'sü\ *vb* **en·sued; en·su·ing** [ME *ensuen*, fr. MF *ensuivre*, fr. OF, fr. en- + *suivre* to follow — more at SUE] *vt* : to strive to attain : PURSUE <I wander, seeking peace, and *ensuing* it —Rupert Brooke> ~ *vi* : to take place afterward or as a result *syn* see FOLLOW

**en suite** \än-'swēt\ *adv or adj* [F] : in a succession, series, or set

**en·sure** \in-'shu̇(ə)r\ *vt* **en·sured; en·sur·ing** [ME *ensuren*, fr. AF *enseurer*, prob. alter. of OF *aseürer* — more at ASSURE] : to make sure, certain, or safe : GUARANTEE

*syn* ENSURE, INSURE, ASSURE, SECURE *shared meaning element* : to make an outcome sure

**en·swathe** \in-'swäth, -'swȯth, -'swa̲th\ *vt* : to enfold or enclose with or as if with a covering : SWATHE

**ent-** *or* **ento-** *comb form* [NL, fr. Gk *entos* within; akin to L *intus* within, Gk *en* in — more at IN] : inner : within <*ento*blast>

**en·tab·la·ture** \in-'tab-lə-,chú(ə)r, -chər, -,t(y)ú(ə)r\ *n* [obs. F, modif. of It *intavolatura*, fr. *intavolare* to put on a board or table, fr. *in-* (fr. L) + *tavola* board, table, fr. L *tabula* — more at TABLE] : the upper section of a wall or story that is usu. supported on columns or pilasters and that in classical orders consists of architrave, frieze, and cornice; *also* : a similar part (as an elevated support for a machine part)

**en·ta·ble·ment** \in-'tā-bəl-mənt, ä̲n-,tä-blə-mä̲ⁿ\ *n* [F, fr. OF, fr. *en-* + *table*] : a platform that supports a statue and that is placed above the dado



*1 entablature, 2 cornice, 3 frieze, 4 architrave*

**¹en·tail** \in-'tā(ə)l\ *vt* **1** : to restrict (property) by limiting the inheritance to the owner's lineal descendants or to a particular class thereof <entail on his male children> **2 a** : to confer, assign, or transmit as if by entail : FASTEN <~*ed* on them indelible disgrace —Robert Browning> **b** : to fix (a person) permanently in some condition or status <~ him and his heirs unto the crown —Shak.> **3** : to impose, involve, or imply as a necessary accompaniment or result <the project will ~ considerable expense> — **en·tail·er** \-'tā-lər\ *n* — **en·tail·ment** \-'tā(ə)l-mənt\ *n*

**²en·tail** \'en-,tāl, in-'tā(ə)l\ *n* **1 a** : an entailing esp. of lands **b** : an entailed estate **c** : the rule fixing the descent **2** : something (as a quality) transmitted as if by entail

**ent·amoe·ba** \,ent-ə-'mē-bə\ *n* : an endamoeba esp. of a vertebrate

**en·tan·gle** \in-'taŋ-gəl\ *vt* **1** : to make tangled, complicated, or confused <his explanation only served to ~ the question further> **2** : to involve in a tangle <become *entangled* in a ruinous lawsuit> — **en·tan·gler** \-g(ə-)lər\ *n*

**en·tan·gle·ment** \in-'taŋ-gəl-mənt\ *n* **1 a** : the action of entangling : the state of being entangled **b** : something that entangles, confuses, or ensnares **2** : the condition of being deeply involved

**en·tel·e·chy** \en-'tel-ə-kē, in-\ *n, pl* **-chies** [LL *entelechia*, fr. Gk *entelecheia*] **1** : the realization of form-giving cause as contrasted with potential existence **2** : a hypothetical agency that in some vitalist doctrines is considered inherent in living substances and regulates or directs the vital processes of an organism but is not discoverable by scientific investigation

**en·tente** \ä̲n-'tä̲nt\ *n* [F, fr. OF, intent, understanding — more at INTENT] **1** : an international understanding providing for a common course of action **2** : a coalition of parties to an entente

**en·ter** \'ent-ər\ *vb* **en·tered; en·ter·ing** \'ent-ə-riŋ, 'en-triŋ\ [ME *entren*, fr. OF *entrer*, fr. L *intrare*, fr. *intra* within; akin to L *inter* between — more at INTER.] *vi* **1** : to go or come in **2** : to come or gain admission into a group : JOIN **3 a** : to make a beginning <~*ing* upon a career> **b** : to begin to consider a subject **4** : to go upon land for the purpose of taking possession **5** : to play a part : be a factor <~ into a conversation> ~ *vt* **1** : to come or go into <~ a room> **2** : INSCRIBE, REGISTER <~ the names of qualified voters> **3** : to cause to be received or admitted <~ a boy at a school> **4** : to put in : INSERT **5 a** : to make a beginning in : take up <~ politics> **b** : to pass within the limits of (a particular period of time) <was famous by the time he ~*ed* his early thirties> **6** : to become a member of or an active participant in <~ the university> <~ a race> **7** : to make report of (a ship or her cargo) to customs authorities **8** : to place in proper form before a court of law or upon record <~ a writ> **9** : to go into or upon and take actual possession of (as land) **10** : to put formally on record <~*ing* a complaint against his business partner> — **en·ter·able** \'ent-ə-rə-bəl, 'en-trə-\ *adj*

*syn* ENTER, PENETRATE, PIERCE, PROBE *shared meaning element* : to make way into something **ant** issue (*from or out*)

— **enter into 1** : EXAMINE, CONSIDER <the book doesn't *enter into* the moral aspect of the issue> **2** : to make oneself a party to or in <*enter into* an important agreement> **3** : to form a constituent part of <tin *enters into* the composition of pewter> **4 a** : to participate or share in <cheerfully *entering into* the household tasks> **b** : to be in tune or sympathy with <couldn't *enter into* the festive spirit of the occasion>

**enter-** *or* **entero-** *comb form* [Gk, fr. *enteron*] : intestine <*enteri*tis>

**en·ter·al** \'ent-ə-rəl\ *adj* : ENTERIC — **en·ter·al·ly** \-rə-lē\ *adv*

**en·ter·ic** \en-'ter-ik, in-\ *adj* **1** : of or relating to the intestines; *broadly* : ALIMENTARY **2** : of, relating to, or being a medicinal preparation treated to pass through the stomach unaltered and disintegrate in the intestines

**en·ter·it·i·dis** \,ent-ə-'rit-əd-əs, -'rīt-\ *n* [NL (*Salmonella*) *enteritidis*, species of bacteria] : enteritis esp. in young animals

**en·ter·i·tis** \,ent-ə-'rīt-əs\ *n* **1** : inflammation of the intestines and esp. of the human ileum **2** : a disease of domestic animals (as panleucopenia of cats) marked by enteritis and diarrhea

**en·tero·bac·te·ri·um** \,ent-ə-rō-bak-'tir-ē-əm\ *n* : any of a family (Enterobacteriaceae) of gram-negative straight rod bacteria (as a salmonella or a colon bacillus) that ferment glucose and include saprophytes as well as some serious pathogens of man, lower animals, and plants — **en·tero·bac·te·ri·al** \-ē-əl\ *adj*

**en·tero·bi·a·sis** \-'bī-ə-səs\ *n, pl* **-a·ses** \-,sēz\ [NL, fr. *Enterobius*, genus name + *-iasis*] : infestation with or disease caused by pinworms (genus *Enterobius*) that occurs esp. in children

**en·tero·chro·maf·fin** \-'krō-mə-fən\ *adj* [*enter-* + *chromaffin*] : of or relating to epithelial cells of the intestinal mucosa that stain esp. with chromium salts and usu. contain serotonin

**en·tero·coc·cus** \-'käk-əs\ *n, pl* **-coc·ci** \-'käk-(s)ī, -'käk-(ˌ)(s)ē\ [NL, genus name] : STREPTOCOCCUS; *esp* : a streptococcus (as *Streptococcus faecalis*) normally present in the intestine — **en·tero·coc·cal** \-'käk-əl\ *adj*

**en·tero·coele** *or* **en·tero·coel** \'ent-ə-rō-,sēl\ *n* : a coelom originating by outgrowth from the archenteron — **en·tero·coe·lic** \,ent-ə-rō-'sē-lik\ *adj* — **en·tero·coe·lous** \-ləs\ *adj*

**en·tero·co·li·tis** \,ent-ərō-kə-'līt-əs\ *n* [NL] : enteritis affecting both the large and small intestine

**en·tero·gas·trone** \-'gas-,trōn\ *n* [*enter-* + *gastr-* + horm*one*] : a hormone that is produced by the duodenal mucosa and has an inhibitory action on gastric motility and secretion

**en·tero·hep·a·ti·tis** \-,hep-ə-'tīt-əs\ *n* [NL] : BLACKHEAD 2

**en·tero·ki·nase** \,ent-ə-rō-'kī-,nās, -,nāz\ *n* [ISV] : an enzyme esp. of the upper intestinal mucosa that activates trypsinogen by converting it to trypsin

**en·ter·on** \'ent-ə-,rän, -rən\ *n* [NL, fr. Gk, intestine — more at INTER.] : the alimentary canal or system — used esp. of the embryo

**en·tero·patho·gen·ic** \,ent-ə-rō-,path-ə-'jen-ik\ *adj* : tending to produce disease in the intestinal tract <~ bacteria>

**en·ter·op·a·thy** \,ent-ə-'räp-ə-thē\ *n* : a disease of the intestinal tract

**en·ter·os·to·my** \,ent-ə-'räs-tə-mē\ *n, pl* **-mies** [ISV] : a surgical formation of an opening into the intestine through the abdominal wall

**en·tero·tox·in** \,ent-ə-rō-'täk-sən\ *n* : a toxic substance that is produced by microorganisms (as some staphylococci) and is responsible for the gastrointestinal symptoms of some forms of food poisoning

**en·tero·vi·rus** \,ent-ə-rō-'vī-rəs\ *n* [NL] : any of a group of picornaviruses (as a Coxsackie virus) that typically occur in the gastrointestinal tract but may be involved in respiratory ailments, meningitis, and neurological disorders — **en·tero·vi·ral** \-rəl\ *adj*

**en·ter·prise** \'ent-ə(r)-,prīz\ *n* [ME *enterprise*, fr. MF *entreprise*, fr. *entreprendre* to undertake, fr. *entre-* inter- + *prendre* to take — more at PRIZE] **1** : a project or undertaking that is esp. difficult, complicated, or risky **2 a** : a unit of economic organization or activity; *esp* : a business organization **b** : a systematic purposeful activity <agriculture is the main economic ~ among these people> **3** : readiness to engage in daring action : INITIATIVE

**en·ter·pris·er** \-,prī-zər\ *n* : one who undertakes an enterprise; *specif* : ENTREPRENEUR

**en·ter·pris·ing** \-,prī-ziŋ\ *adj* : marked by an independent energetic spirit and by readiness to undertake or experiment

**en·ter·tain** \,ent-ər-'tān\ *vb* [ME *entertinen*, fr. MF *entretenir*, fr. *entre-* inter- + *tenir* to hold — more at TENABLE] *vt* **1 a** *archaic* : MAINTAIN **b** *obs* : RECEIVE **2** : to show hospitality to **3 a** : to keep, hold, or maintain in the mind : HARBOR <I ~ grave doubts about her sincerity> **b** (1) : to receive and take into consideration <he refused to ~ her plea> (2) : TREAT, CONSIDER <~ a subject> **4** : to provide entertainment for **5** : to play against (an opposing team) on one's home field or court ~ *vi* : to provide entertainment esp. for guests *syn* see AMUSE — **en·ter·tain·er** *n*

**en·ter·tain·ing** *adj* : providing entertainment : DIVERTING — **en·ter·tain·ing·ly** \-'tā-niŋ-lē\ *adv*