PTO/SB/50 (09-04)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REISSUE PATENT APPLICATION TRANSMITTAL

| Address to: | Attorney Docket No. | 20342/1202663-US1 |
|---|---|---|
| Mail Stop Reissue | First Named Inventor | Beth A. Burnside |
| Commissioner for Patents | Original Patent Number | 6,332,819 B1 |
| P.O. Box 1450 | Original Patent Issue Date (Month/Day/Year) | Nov. 27, 2001 |
| Alexandria, VA 22313-1450 | Express Mail Label No. | |

**APPLICATION FOR REISSUE OF:** (Check applicable box)  [✓] Utility Patent   [ ] Design Patent   [ ] Plant Patent

### APPLICATION ELEMENTS (37 CFR 1.173)

1. [✓] Fee Transmittal Form (PTO/SB/56) (Submit a duplicate copy)
2. [ ] Applicant claims small entity status. See 37 CFR 1.27.
3. [✓] Specification and Claims in double column copy of patent format *(amended, if appropriate)*
4. [✓] Drawing(s) *(proposed amendments, if appropriate)*
5. [✓] Reissue Oath/Declaration (original or copy) (37 C.F.R. 1.175) (PTO/SB/51 or 52)
6. [✓] Power of Attorney
7. [✓] Original U.S. Patent currently assigned?  [✓] Yes   [ ] No
   *(If Yes, check applicable box(es))*
   [✓] Written Consent of all Assignees (PTO/SB/53)
   [✓] 37 CFR 3.73(b) Statement (PTO/SB/96)
8. [ ] CD-ROM or CD-R in duplicate, Computer Program (Appendix) or large table
   [ ] Landscape Table on CD
9. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, items a. – c. are required))*
   a. [ ] Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i [ ] CD-ROM (2 copies) or CD-R (2 copies); **or**
      ii [ ] paper
   c. [ ] Statements verifying identity of above copies

### ACCOMPANYING APPLICATION PARTS

10. [✓] Statement of status and support for all changes to the claims. See 37 CFR 1.173(c).
11. [ ] Foreign Priority Claim (35 U.S.C. 119) *(if applicable)*
12. [✓] Information Disclosure Statement (IDS) PTO/SB/08 or PTO-1449
    [ ] Copies of citations attached
13. [ ] English Translation of Reissue Oath/Declaration *(if applicable)*
14. [✓] Preliminary Amendment
15. [✓] Return Receipt Postcard (MPEP 503) (Should be specifically itemized)
16. [✓] Other:
    Exhibits to IDS

### 17. CORRESPONDENCE ADDRESS

[✓] The address associated with *Customer Number:* 07278   OR   [ ] Correspondence address below

| Name | Darby & Darby |
|---|---|
| Address | 805 Third Avenue |
| City | New York |   State | NY |   Zip Code | 10022 |
| Country | USA |   Telephone | 212-527-7700 |   Fax | 212-527-7701 |
| Signature | *[signature]* | Date | March 24, 2005 |
| Name (Print/Type) | Robert Schaffer | Registration No. (Attorney/Agent) | 31,194 |

This collection of information is required by 37 CFR 1.173. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop Reissue, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

SLS 108987

PTO/SB/56 (2-05)
Approved for use through 04/30/2007. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

Docket Number (Optional)
20342/1202663-US1

# REISSUE APPLICATION FEE TRANSMITTAL FORM

## Application as Filed – Part 1

| | (1) Claims in Patent | (2) Claims Filed in Reissue Application | (3) Number Extra | Small Entity Rate ($) | Small Entity Fee ($) | | Other than a Small Entity Rate ($) | Other than a Small Entity Fee ($) |
|---|---|---|---|---|---|---|---|---|
| Total Claims (37 CFR 1.16(i)) | (A) 24 | (B) 40 | **** 16 = | x = | | | x 50.00 = | 800.00 |
| Independent Claims (37 CFR 1.16(h)) | (C) 4 | (D) 6 | * 2 = | x = | | | x 200.00 = | 400.00 |
| Application Size Fee (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | or | $ | 300.00 |
| | | | Filing Fee (37 CFR 1.16(e)) | | $ | | $ | 500.00 |
| | | | Search Fee (37 CFR 1.16(n)) | | $ | | $ | 600.00 |
| | | | Examination Fee (37 CFR 1.16(r)) | | $ | | $ | 2,600.00 |
| | | | Total Filing Fee | | $ | | | |

## Application as Amended – Part 2

| | (1) Claims Remaining After Amendment | | (2) Highest No. Previously Paid For | (3) Extra Claims Present | Small Entity Rate($) | Small Entity Fee ($) | | Other than a Small Entity Rate ($) | Other than a Small Entity Fee($) |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims (37 CFR 1.16(i)) | *** | MINUS | ** | = | x = | | or | x = | |
| Independent Claims (37 CFR 1.16(h)) | *** | MINUS | ***** | = | x = | | | x = | |
| Application Size Fee (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | | | $ |
| | | | | Total Additional Fee | $ | | | | |

\* If (D) is less than (C), enter "0" in column 3. For reissues filed on or after Dec. 8, 2004, enter (D) minus 3 or "0" if (D) is less than 3.
\*\* If the "Highest Number of Total Claims Previously Paid For" is less than 20, write "20" in this space.
\*\*\* After any cancellation of claims.
\*\*\*\* If (A) is greater than 20, use (B) – (A); if (A) is 20 or less, enter (B) - 20. For reissues filed on or after Dec. 8, 2004, enter (B) – 20.
\*\*\*\*\* For amendments filed on or after December 8, 2004, enter the "Highest Number of Independent Claims Previously Paid For."
For amendments filed prior to December 8, 2004, enter the higher of Number Previously Paid or Number of Independent Claims in Patent.

☐ Applicant claims small entity status. See 37 CFR 1.27.

☐ Please charge Deposit Account No. _____ in the amount of $ _____.
A duplicate copy of this sheet is enclosed.

☒ The Director is hereby authorized to charge any additional fees under 37 CFR 1.16 or 1.17 which may be required, or credit any overpayment to Deposit Account No. __04-0100__. A duplicate copy of this sheet is enclosed.

☒ A check in the amount of $ __2,600.00__ to cover the filing/additional fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

Paul M Zager Reg. no. 52,392 FOR
Signature

Robert Schaffer
Typed or printed name

March 24, 2005
Date

31,194
Registration Number, if applicable

(212) 527-7700
Telephone Number

Express Mail Label No.                Dated: _____

{W:\20342\1202663us1\00393142.DOC ||||||||||||||||||||||||||||}

SLS 108988

| Application No. (if known): Not Yet Assigned | Attorney Docket No.: 20342/1202663-US1 |
|---|---|

# Certificate of Express Mailing Under 37 CFR 1.10

I hereby certify that this correspondence is being deposited with the United States Postal Service as Express Mail, Airbill No. **EV 330172585 US** in an envelope addressed to:

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

on _____ March 24, 2005 _____
Date

_____ *[signature]* _____
Signature
Judy Yeddo
Typed or printed name of person signing Certificate

_____ | _____
Registration Number, if applicable | Telephone Number

Note:   Each paper must have its own certificate of mailing, or this certificate must identify each submitted paper.

Certificate of Express Mailing (1 pg)
Reissue Patent Application Transmittal (1 pg)
Reissue Application Fee Transmittal Form (2 copies)
Copy of Org. US6,322,819 B1 (17 pp, including drawings)
Application Data Sheet (ADS) (4pp)
Preliminary Amendment (26 pp)
Consent of Assignee Pursuant to 37 CFR Sec. 1.172(a)
   and 3.73(b) (2 pp);
Reissue Application Declaration by the Assignee (4 pp)
Information Disclosure Statement Pursuant to 37 CFR 1.178(b) (8pp)
Exhibits 1-27
Return Postcard; Check No.: **8060** in the amount of $2,600.00

{W:\20342\1202663us1\00391421.DOC }

SLS 108989