#14

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:   Beth A. BURNSIDE et al.

Serial No.: 09/807,462                         Group Art Unit: 1617

Filed: April 11, 2001                          Examiner: Alysia Berman

For: ORAL PULSED DOSE DRUG DELIVERY SYSTEM

## INFORMATION DISCLOSURE STATEMENT UNDER 37 CFR §§ 1.56, 1.97 and 1.98

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### CITED MATERIALS

Applicant(s) hereby disclose the information listed in the attached form PTO-1449.

☐   Copies of materials listed but not attached were cited in parent application Serial No. _____; see 37 C.F.R. § 1.98(d).

☐   Copies of materials listed but not attached were cited in an International Search Report dated _____; receipt of the International Search Report and copies of references was confirmed by the PCT International Division of the U.S. PTO in the Notice of Acceptance mailed _____.

### ADDITIONAL INFORMATION

### COMMENTS

☒   The mean plasma profile curve for ADDERALL XR®, e.g., an average of about 20 individuals, (as opposed to the individual curve shown in Figure 7 of the specification) is given in the accompanying PDR excerpt. Surprisingly, it is now believed by the inventors that sustained release technology is applicable to amphetamines in that such mean profile is believed attainable by sustained release formulations, contrary to the specification's background section, e.g., at page 1, line 7 to page 2, line 4 from the bottom. A patent application on the unexpected finding has been filed.

### LANGUAGE

☐   All listed materials are in the English language; see 37 C.F.R. § 1.98.

☐   Non-English language references:

    ☐   The reference(s):          in the English-language is (are) indicated by commercial data bases to correspond to the reference(s):      , respectively.



DEFENDANT'S EXHIBIT

SLS 000818

☐   (An) English-language translation(s) of the references:   is (are) provided.

☐   A commercial English-language abstract of reference(s)   is (are) provided.

☐   An English-language search report or an equivalent paper from a foreign patent office translated into English in pertinent part in connection with a counterpart foreign application, is provided indicating the relevance of the cited reference(s).

### FEES

☐   No fee is required for this Information Disclosure Statement because:

☐   This Information Disclosure Statement is being filed within three months of the filing date of a national application (other than a CPA) under § 1.53(d) or within 3 months of the date of entry of the national stage under § 1.491 in an international application;

☐   This Information Disclosure Statement is being filed before the mailing of a first action on the merits;

☐   This Information Disclosure Statement is being filed after a first action on the merits but before the mailing date of any of a final action under § 1.113, a notice of allowance under § 1.311, or an action that closes prosecution in the application, and is accompanied by a certification below.

☐   This Information Disclosure Statement is filed under 37 C.F.R. § 1.97(i).

☒   A fee is required for this Information Disclosure Statement:

☒   This Information Disclosure Statement is being filed after a first action on the merits but before the mailing date of any of a final action under § 1.113, a notice of allowance under § 1.311 or an action that closes prosecution, and is accompanied by the fee set forth in §1.17(p).

☐   This Information Disclosure Statement is being filed after the mailing date of a final rejection or a notice of allowance under § 1.311 or an action that closes prosecution, but before the payment of the issue fee, and is accompanied by the fee set forth in § 1.17(p) and a certification below.

### CERTIFICATION

☐   Each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this statement.

SLS 000819

☐ No item of information contained in this Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application and, to the knowledge of the undersigned, having made reasonable inquiry, no such item was known to any individual designated in 37 CFR § 1.56(c), more than three months prior to the filing of this statement.

## DEPOSIT ACCOUNT

If a fee is due, attached is a check in the amount of $ 180 . However, the Commissioner is hereby authorized to charge fees under 37 CFR § 1.16 and § 1.17 which may be required to facilitate this filing, or credit any overpayment to Deposit Account #13-3402, two copies of this paper are attached for this purpose.

Respectfully submitted,

Anthony J. Zelano, Reg. No. 27,969
Attorney/Agent for Applicants

MILLEN, WHITE, ZELANO
 & BRANIGAN, P.C.
Arlington Courthouse Plaza I
2200 Clarendon Blvd. Suite 1400
Arlington, Virginia 22201
Telephone: (703) 243-6333
Facsimile: (703) 243-6410

Attorney Docket No.: PHARMA-142 (P1)

Date: October 24, 2002
AJZ:jr

SLS 000820

#14

PTO/SB/08A (08-00)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

| Substitute for form 1449A/PTO | Complete if Known | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(use as many sheets as necessary)* | Application Number | 09/807,462 |
| | Filing Date | April 11, 2001 |
| | First Named Inventor | Beth A. BURNSIDE et al. |
| | Group Art Unit | 1617 |
| | Examiner Name | Alysia Berman |
| Sheet 1 of 1 | Attorney Docket Number | PHARMA-142P1 |

## OTHER PRIOR ART – NON PATENT LITERATURE DOCUMENTS

| Examiner Initials | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
|---|---|---|---|
| | | K.S. PATRICK et al., "Pharmacology of Methylphenidate, Amphetamine Enantiomers and Pemoline in Attention-Deficit...," HUMAN PSYCHOPHARMACOLOGY, Vol. 12, pp. 527-546, 1997. | |
| | | Lisa H. BRAUER et al., "Acute Tolerance to Subjective but Not Cardiovascular Effects of d-Amphetamine in Normal, Healthy Men," JOURNAL OF CLINICAL PSYCHOPHARMACOLOGY, Vol. 16, No. 1, pp. 72-76, 1996. | |
| | | William P. MELEGA et al., "Pharmacokinetic and Pharmacodynamic Analysis of the Actions of D-Amphetamine and D-Methamphetamine on the Dopamine Terminal," THE JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS, Vol. 274, No. 1, pp. 90-96, 1995 | |
| | | Peter CLAUSING et al., "Amphetamine Levels in Brain Microdialysate, Caudate/Putamen, Substantia Nigra and Plasma After Dosage That Produces Either Behavioral...," THE JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS, Vol. 274, No. 2, pp. 614-521, 1995. | |
| | | S.B. SPARBER et al., "Amphetamine Cumulation and Tolerance Development: Concurrent and Opposing Phenomena," PHARMACOLOGY BIOCHEMISTRY & BEHAVIOR, Vol. 20, pp. 415-424, 1984. | |
| | | Burt ANGRIST et al., "Early Pharmacokinetics and Clinical Effects of Oral D-Amphetamine in Normal Subjects," BIOL PSYCHIATRY, Vol. 22, pp. 1357-1368, 1987. | |
| | | Gerald L. BROWN et al., "Plasma Levels of d-Amphetamine in Hyperactive Children," PSYCHOPHARMACOLOGY, Vol. 62, pp. 133-140, 1979. | |
| | | Suk Han WAN et al., "Kinetics, Salivary Excretion of Amphetamine Isomers, and Effect of Urinary pH," CLIN. PHARMACOL. THER., pp. 585-590, May 1978. | |
| | | Gerald L. BROWN et al., "Plasma d-Amphetamine Absorption and Elimination in Hyperactive Children," PSYCHOPHARMACOLOGY BULLETIN, Vol. 14, No. 3, pp. 33-35, 1978. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] Unique citation designation number. [2] Applicant is to place a check mark here if English language Translation is attached.

Burden Hour Statement: This form is estimated to take 2.0 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

SLS 000821