# EXHIBIT A-47

Filed with Motion For Leave to File Under Seal