# EXHIBIT A-48

## Filed with Motion For Leave to File Under Seal