IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: September 16, 2008
Therese Lindblom, Court Reporter

Civil Action No.   07–cv–00197–EWN-CBS

*Parties:*                                    *Counsel:*

SHIRE LLC,                                    Thomas Bell, Edgar Haug, and Sandra
                                              Kuzmich
    Plaintiff,

v.

SANDOZ, INC.,                                 Leslie Eaton, Kevin Nelson, and Keith Parr

    Defendant.

---

## COURTROOM MINUTES

**Status Conference**

**2:17 p.m.**   Court in session.

Court calls case and appearances.

Discussion regarding pending motions for summary judgment.

**ORDERED:**   The Motion for Summary Judgment (#86, filed December 26, 2007) is **DENIED as moot.**

Discussion regarding possibility and anticipated length of a Markman hearing. Parties estimate that hearing would take a full day with experts, half a day without experts.

Court will try to schedule the hearing in September if possible.

**2:32 p.m.**  Court in recess.

Hearing concluded.

Total time in court: 00:15