IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: October 8, 2008
Therese Lindblom, Court Reporter

Civil Action No.     07–cv–00197–EWN–CBS

| *Parties:* | *Counsel:* |
|---|---|
| SHIRE LLC, | Thomas Bell and Sandra Kuzmich |
| Plaintiff, | |
| v. | |
| SANDOZ, INC., | Kevin Shea, Keith Parr, and Kevin Nelson |
| Defendant. | |

## COURTROOM MINUTES

**Final Pretrial Conference**

**3:39 p.m.**     Court in session.

Court takes up request by defendant for an interlocutory appeal and certification of the matter by this court for an interlocutory appeal.

Plaintiff's reply by Ms. Kuzmich.  Colloquy between court and Ms. Kuzmich.

Court's findings.

**ORDERED: 1.     Parties shall submit a proposed order in accordance with the court's findings.**

**ORDERED: 2.     This case shall be administratively closed.**

**ORDERED:  3.    Parties shall submit status reports every ninety days commencing November 1, 2008.**

**ORDERED:  4.    Defendant Sandoz, Inc.'s Motion to Strike the Affidavit of James J. McGough, M.D. (#155, filed March 24, 2008) is DENIED as moot without prejudice to renewal.**

**ORDERED:  5.    Defendant Sandoz, Inc.'s Motion for Reconsideration (#173, filed October 3, 2008) is DENIED as moot without prejudice to renewal.**

**3:58 p.m.**    Court in recess.

Hearing concluded.

Total time in court:  00:19