NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**ORDER**

UNITED S?
DEN

OCT 1 9 2009

GREGORY C. L...

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

10/15/09

cc: Clerk's Office, DCT
    Keith D. Parr
    Edgar H. Haug
    R.Moy,R.Cook,K.Martin,C.Weiss,S.Israel

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 15 2009

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 10/15/09

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/15/09

SHIRE V SANDOZ, 2009-1180
DCT - 07-CV-00197 - PAB -CBS

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1180

SHIRE LLC,

        Plaintiff-Appellee,

v.

SANDOZ, INC.,

        Defendant-Appellant.

Appeal from the United States District Court for the District of Colorado in case no. 07-CV-00197, Judge Philip A. Brimmer.

# O R D E R