IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00197-PAB-CBS

SHIRE LLC,

    Plaintiff,

v.

SANDOZ INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Plaintiff's Motion to Reopen the Case and for Entry of Judgment and Order of Permanent Injunction [Docket No. 196] is granted in part and taken under advisement in part.  It is ORDERED that the case be reopened.

    DATED October 28, 2009.